**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02172

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE, and
ALISSIA ACKER, on behalf of themselves, and others similarly situated,

Plaintiffs,

v.

CITY OF AURORA, COLORADO,
INTERIM POLICE CHIEF VANESSA WILSON, in her official and individual capacities,
F/N/U RODRIGUEZ, in her or his individual capacity,
JOHN & JANE DOES 1-100, in their individual capacities,
JOHN & JANE BOES 1-25, in their individual capacities,
JOHN & JANE FOES 1-31, in their individual capacities,
JOHN & JANE MOES, 1-16, in their individual capacities,

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Mari Newman of the law firm of KILLMER, LANE & NEWMAN, LLP, an attorney duly licensed to practice before this Court, hereby enters her appearance on behalf of all Plaintiffs.

DATED this 23rd day of July 2020.

KILLMER, LANE & NEWMAN, LLP

*s/ Mari Newman*

______________________________
Mari Newman
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
mnewman@kln-law.com

ATTORNEY FOR PLAINTIFFS