**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER,
THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE, and
ALISSIA ACKER, on behalf of themselves and others similarly situated,

    Plaintiffs

v.

CITY OF AURORA, COLORADO,
VANESSA WILSON, in her individual and official capacities,
F/N/U RODRIGUEZ, in his or her individual capacity,
JOHN & JANE DOES 1-100, in their individual capacities,
JOHN & JANE BOES 1-25, in their individual capacities,
JOHN & JANE FOES 1-31, in their individual capacities, and
JOHN & JANE MOES 1-16, in their individual capacities,

    Defendants.

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**

Magistrate Judge Nina Y. Wang

    IT IS ORDERED that a Scheduling Conference is set **September 17, 2020 at 1:30 p.m.**, via telephone conference. All participants shall use the following dial-in information: **888-363-4749, Access Code: 5738976#**.

    A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, **seven days prior** to the Scheduling Conference.

    IT IS FURTHER ORDERED that counsel/pro se parties in this case shall hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with Fed. R. Civ. P. 26(f) and D.C.COLO.LCivR 16.1 and 26.1(a) on or before **twenty-one days prior** to the Scheduling Conference. Pursuant to Fed. R. Civ. P. 26(d) no discovery shall be sought until after the pre-scheduling conference meeting.

2

IT IS FURTHER ORDERED the parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1) on or before **fourteen days** after the pre-scheduling conference meeting.

DATED:  July 24, 2020                                BY THE COURT:

                                                                          _____
                                                                          Nina Y. Wang
                                                                          United States Magistrate Judge