UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02172-RPM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE, and
ALISSIA ACKER, on behalf of themselves, and others similarly situated,

 Plaintiffs,

v.

CITY OF AURORA, COLORADO,
INTERIM POLICE CHIEF VANESSA WILSON, in her official and individual capacities,
F/N/U RODRIGUEZ, in her or his individual capacity,
JOHN & JANE DOES 1-100, in their individual capacities,
JOHN & JANE BOES 1-25, in their individual capacities,
JOHN & JANE FOES 1-31, in their individual capacities,
JOHN & JANE MOES 1-16, in their individual capacities,

 Defendants.

## ENTRY OF APPEARANCE

 Jonathan N. Eddy of the firm of **SGR, LLC**, hereby enters his appearance as counsel for Defendants, **CITY OF AURORA, COLORADO, and INTERIM POLICE CHIEF VANESSA WILSON**.

Respectfully

/s/ Jonathan N. Eddy
**Jonathan N. Eddy**
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
E-mail: jeddy@sgrllc.com

*Attorneys for Defendants,*
*City of Aurora, Colorado, and*
*Interim Police Chief Vanessa Wilson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of July, 2020, I electronically filed a true and exact copy of the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mari Newman
Andy McNulty
Killmer, Lane & Newman, LLP
Email: mnewman@kln-law.com
Email: amcnulty@kln-law.com
*Attorneys for Plaintiffs*

/s/ Tammy Stephenson
Legal Secretary
E-Mail: tstephenson@sgrllc.com

2