IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE, and
ALISSIA ACKER, on behalf of themselves, and others similarly situated,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO,
INTERIM POLICE CHIEF VANESSA WILSON, in her official and individual capacities,
F/N/U RODRIGUEZ, in her or his individual capacity,
JOHN & JANE DOES 1-100, in their individual capacities,
JOHN & JANE BOES 1-25, in their individual capacities,
JOHN & JANE FOES 1-31, in their individual capacities,
JOHN & JANE MOES, 1-16, in their individual capacities,

    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Helen Oh of the law firm of KILLMER, LANE & NEWMAN, LLP, an attorney duly licensed to practice before this Court, hereby enters her appearance on behalf of all Plaintiffs.

    DATED this 29th day of July 2020.

                                               KILLMER, LANE & NEWMAN, LLP

                                               *s/ Helen Oh*
                                               _____
                                               Mari Newman
                                               Andy McNulty
                                               Helen Oh
                                               1543 Champa Street, Suite 400
                                               Denver, CO 80202
                                               (303) 571-1000
                                               (303) 571-1001
                                               mnewman@kln-law.com

amcnulty@kln-law.com
hoh@kln-law.com


ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

   I hereby certify that on July 29, 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the following:

Thomas S. Rice
Eric Ziporin
Jonathan N. Eddy
SGR, LLC
3900 East Mexico Ave, Suite 700
Denver, CO 80210
trice@sgrllc.com
eziporin@sgrllc.com
jeddy@sgrllc.com

               *s/ Charlotte Bocquin Scull*
               Paralegal