**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02172-RPM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE, and
ALISSIA ACKER, on behalf of themselves, and others similarly situated,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO,
INTERIM POLICE CHIEF VANESSA WILSON, in her official and individual capacities,
F/N/U RODRIGUEZ, in her or his individual capacity,
JOHN & JANE DOES 1-100, in their individual capacities,
JOHN & JANE BOES 1-25, in their individual capacities,
JOHN & JANE FOES 1-31, in their individual capacities,
JOHN & JANE MOES 1-16, in their individual capacities,

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF**
**TIME TO RESPOND TO COMPLAINT**

---

    Defendants, **CITY OF AURORA and POLICE CHIEF VANESSA WILSON**, by their attorneys, SGR, LLC, and pursuant to D.C.Colo.LCivR 6.1 and 7.1, hereby move the court for an order granting them an extension of time to respond to Plaintiffs' Complaint.

    **AND AS GROUNDS THEREFOR**, Defendants state as follows:

1. This motion is unopposed. The undersigned have conferred with Plaintiffs' counsel Andrew McNulty, who has authorized movants to advise the court that Plaintiffs have no objection to the relief sought herein.

2. On July 23, 2020, pursuant to Fed.R.Civ.P 4(d), Plaintiffs requested that these Defendants waive service of a summons. On July 28, 2020, Defendants executed waiver of service of summons forms. Accordingly, at present, Defendants response to Plaintiffs' Complaint is due to be filed on or before September 21, 2020.

3. Plaintiffs have given notice that they intend to amend their Complaint to name additional defendants and assert claims against those newly named defendants. [See ECF 14] Given that a new amended pleading is soon to be filed, it would be unproductive for the Defendants to respond to the current complaint given that they will be required to replead upon filing of the amended complaint.

4. Plaintiffs advise that they expect to file their amended complaint by September 28, 2020.

5. Based upon the above, Defendants move the court for an order extending the time for them to respond to Plaintiffs' complaint until after Plaintiffs have filed their amended complaint. Defendants would then respond to the amended pleading in accord with the time frame established by Fed.R.Civ.P 15(a)(3).

6. Consistent with D.C.COLO.LCivR 6.1(c), this motion is being contemporaneously served on Defendants City of Aurora and Chief Vanessa Wilson.

**WHEREFORE**, Defendants move the court for an order extending the time within which they are required to respond to Plaintiffs' complaint until after Plaintiffs have filed their amended

complaint and then responding to that amended complaint within the time frame established by Fed.R.Civ.P 15(a)(3).

Respectfully submitted,

/s/ Thomas S. Rice
*Thomas S. Rice*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
E-mail: trice@sgrllc.com

/s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
E-mail: eziporin@sgrllc.com

/s/ Jonathan N. Eddy
*Jonathan N. Eddy*
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
E-mail: jeddy@sgrllc.com

*Attorneys for Defendants,*
*City of Aurora, Colorado, and*
*Interim Police Chief Vanessa Wilson*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of September, 2020, I electronically filed a true and exact copy of the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mari Newman
Andy McNulty
Killmer, Lane & Newman, LLP
Email: mnewman@kln-law.com
Email: amcnulty@kln-law.com
*Attorneys for Plaintiffs*

                                              /s/ Tammy Stephenson
                                              Legal Secretary
                                              E-Mail: tstephenson@sgrllc.com