## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE, and
ALISSIA ACKER, on behalf of themselves, and others similarly situated,

  Plaintiffs,

v.

CITY OF AURORA, COLORADO, et al.

  Defendants.

---

## NOTICE OF FILING AMENDED COMPLAINT AND JURY DEMAND

---

  **PLEASE TAKE NOTICE,** Plaintiff, by and through counsel, Mari Newman, Andy McNulty and Helen Oh of KILLMER, LANE & NEWMAN, LLP, hereby submits this Notice of Filing Amended Complaint and Jury Demand at ECF Filing No.20.

  The Amended Complaint is filed pursuant to Fed. R. Civ. P. 15(a)(1)(B).

  Attached to this notice, pursuant to D.C. COLO.LCivR 15.1, is a redlined version of the Amended Complaint and Jury Demand as **Exhibit 1.**

  DATED this 12th day of October 2020.

        KILLMER, LANE & NEWMAN, LLP

        *s/ Andy McNulty*
        Mari Newman
        Andy McNulty
        Helen Oh
        1543 Champa Street, Suite 400
        Denver, CO 80202
        (303) 571-1000

(303) 571-1001
mnewman@kln-law.com
amcnulty@kln-law.com
hoh@kln-law.com

ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 12, 2020, I electronically filed the foregoing **NOTICE OF FILING AMENDED COMPLAINT AND JURY DEMAND** using the CM/ECF system, which will send notification of this filing to the following:

Thomas S. Rice
Eric Ziporin
Jonathan N. Eddy
SGR, LLC
3900 East Mexico Ave, Suite 700
Denver, CO 80210
trice@sgrllc.com
eziporin@sgrllc.com
jeddy@sgrllc.com


*s/ Charlotte Bocquin Scull*
Paralegal