IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER, et al.,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, et al

    Defendants.

---

**SECOND UNOPPOSED MOTION TO VACATE SCHEDULING CONFERENCE**

---

    Plaintiffs, through undersigned counsel, submit the following Second Unopposed Motion to Vacate and Reset the Scheduling and Planning Conference set for October 21, 2020. In support, Plaintiffs state:

**CERTIFICATE OF CONFERRAL**

    Pursuant to D.C.COLO.LCivR 7.1, counsel for Plaintiffs and Defendants City of Aurora and Interim Chief Vanessa Wilson conferred via email on October 12, 2020, regarding the relief sought herein. Defendants do not oppose the relief requested.

    1.    Plaintiffs filed their complaint [Doc. # 1] on July 23, 2020. The lawsuit is based upon allegations related to the excessive force of the officers of the Aurora Police Department, the Arapahoe County Sheriff's Office, the Adams County Sheriff's Office and the Jefferson County Sheriff's Office against peaceful protestors at the June 27, 2020 violin vigil honoring Elijah McClain.

2. Plaintiffs, unable to know the specific identity of the officers of each law enforcement entity until after the Complaint was filed, listed Doe, Moe, Foe and Boe defendants to represent the unknown individual law enforcement officers on duty during the violin vigil.

3. After the filing of Plaintiffs' Complaint, the defendant law enforcement entities, through counsel, provided the names of the individual officers assigned to work the vigil on June 27, 2020.

4. Plaintiffs diligently filed their Amended Complaint, in accordance with F.R.C.P. 15(a), on October 12, 2020, [Doc. # 20], naming the individual officers. Plaintiffs expect counsel for each set of law enforcement officers to enter their appearances and waive service on behalf of those individuals. This will mean that at least two additional sets of counsel will enter appearances in this matter. Potentially, if there is a conflict among the individual Defendants, there will be additional sets of counsel that will enter appearances in this matter.

5. Pursuant to F.R.C.P 26, the 26(f) Conference was held between counsel for Plaintiffs and Defendants City of Aurora and Chief Wilson on August 27, 2020. That conference did not include counsel for any of the Doe, Moe, Foe and Boe individual officers to later be named in the Amended Complaint.

6. At its current setting, the Scheduling Conference, the preparation of the scheduling order, and the participation in the 26(f) conference leaves out numerous recently identified defendants and their counsel. Should the scheduling conference remain as set, given that additional counsel will enter appearances in this matter, it would necessitate additional conferences and the preparation of at least two scheduling orders.

7. In the interest of judicial economy, the current scheduling conference set for October 21, 2020 should be vacated and reset for a time after Plaintiffs and all represented

defendants have conducted a 26(f) conference and prepared a single Scheduling Order. This will conserve the time and resources of the Court and the parties by allowing counsel for those individuals time to enter their appearances so all parties may participate in the preparation of one scheduling order and attend one Scheduling Conference.

8. The Scheduling Conference set for October 21, 2020, and the additional obligations triggered by the conference are therefore premature at this time. Plaintiffs respectfully request that the Scheduling Conference be vacated and reset for a time after counsel for the individually named defendants can execute waivers of service and enter their appearances.

9. There will not be any undue delay in this lawsuit and no party will be prejudiced by the relief sought.

## **CERTIFICATE OF COMPLIANCE**

10. In accordance with D.C.COLO.LCivR 6.1(c), a copy of this motion is being provided contemporaneously to Plaintiffs.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court vacate the October 21, 2020 Scheduling Conference.

DATED this 12th day of October 2020.

KILLMER, LANE & NEWMAN, LLP

*s/ Andy McNulty*
Mari Newman
Andy McNulty
Helen Oh
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001
mnewman@kln-law.com
amcnulty@kln-law.com

hoh@kln-law.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on October 12, 2020, I electronically filed the foregoing **SECOND UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING CONFERENCE** using the CM/ECF system, which will send notification of this filing to the following:

Thomas S. Rice
Eric Ziporin
Jonathan N. Eddy
SGR, LLC
3900 East Mexico Ave, Suite 700
Denver, CO 80210
trice@sgrllc.com
eziporin@sgrllc.com
jeddy@sgrllc.com

                    *s/ Charlotte Bocquin Scull*
                    Paralegal