# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE,
ALISSIA ACKER,
IRMA JOLENE FISHER, and
TOBIAS HOPP, on behalf of themselves, and others similarly situated,

Plaintiffs,

v.

CITY OF AURORA, COLORADO,
INTERIM POLICE CHIEF VANESSA WILSON, in her official and individual capacities,
MAYOR MICHAEL COFFMAN, in his individual capacity,
STEPHEN REDFEARN, in his individual capacity,
DELBERT L. TISDALE, JR., in his individual capacity,
MICHAEL McCLELLAND, in his individual capacity,
TERRY BROWN, in his individual capacity,
REGINALD DePASS, in his individual capacity,
NATHANIEL MOSS, in his individual capacity,
STEPHEN T. GARBER, in his individual capacity,
DARREN CHAMBERLAND, in his individual capacity,
MATTHEW BRUKBACHER, in his individual capacity,
WILLIAM HUMMEL, in his individual capacity,
DANIEL SMICK, in his individual capacity,
JASON BUBNA, in his individual capacity,
AUSTIN RUNYON, in his individual capacity,
SAMMIE WICKS, II, in his individual capacity,
JOSHUA WINTERS, in his individual capacity,
KEVIN DEICHSEL, in his individual capacity,
RYAN SWEENEY, in his individual capacity,
JORDAN O'NEAL, in his individual capacity,
CALEB JOSEPH PARRELLA, in his individual capacity,
EDWARD L. VANCE, in his individual capacity,
NICHOLAS WILSON, in his individual capacity,
MICHAEL BENDER, in his individual capacity,
KATHRINE LEWIS, in her individual capacity,

DEJON MARSH, in his individual capacity,
ROBERT ROSEN, in his individual capacity,
RONALD JAUREGUI-GUTIERREZ, in his individual capacity,
HADEN JONSGAARD, in her individual capacity,
MATTHEW GREEN, in his individual capacity,
ETHAN SNOW, in his individual capacity,
BRIAN MCCLURE, in his individual capacity,
SCOTT OSGOOD, in his individual capacity,
RYAN STOLLER, in his individual capacity,
JUAN GONZALEZ, in his individual capacity,
JENNIFER MCCORMACK, in her individual capacity,
NICHOLAS BRUNGARDT, in his individual capacity,
JOSHUA BEBEE, in his individual capacity,
STEVEN BRENNEMAN, in his individual capacity,
NICHOLAS LESANSKY, in his individual capacity,
MATTHEW CAMPBELL, in his individual capacity,
CORY MANKIN, in his individual capacity,
GRETA SALAZAR, in her individual capacity,
JEANNETTE RODRIGUEZ, in her individual capacity,
ROBERT WEATHERSPOON, in his individual capacity,
TYLER TIEGEN, in his individual capacity,
SEAN CONLEY, in his individual capacity,
CHRISTOPHER (SHANE) PURCELL, in his individual capacity,
LEWIS LITWILER, in his individual capacity,
GREG BRYANT, in his individual capacity,
BEN BULLARD, in his individual capacity,
RYAN MCCONNELL, in his individual capacity
BRANDON HOLDER, in his individual capacity,
ANTHONY ROSALES, in his individual capacity,
GREG GOMPERT, in his individual capacity,
CARLY SIMMONS, in her individual capacity,

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

---

Defendants, **CITY OF AURORA, CHIEF VANESSA WILSON,** and **MAYOR MICHAEL COFFMAN**, by their attorneys, **SGR, LLC**, and pursuant to D.C.COLO.LCivR

2

6.1(b) and 7.1(c), hereby move the court for an order establishing a uniform responsive pleading deadline of December 21, 2020 for all three of these Defendants.

**AND AS GROUNDS THEREFOR**, Defendants state as follows:

1. This motion is unopposed. Pursuant to D.C.COLO.LCivR 7.1(a), the undersigned counsel has conferred with counsel for Plaintiffs, Andrew McNulty, who advises that Plaintiffs have no objection to the relief sought herein.

2. Defendants City of Aurora and Vanessa Wilson were designated as Defendants in Plaintiffs' original complaint. In view of Plaintiffs' stated intention to file an amended complaint, Defendants City and Wilson moved for and obtained an order from the court relieving them from the obligation to respond to the original complaint. [ECF 19.]

3. Plaintiffs filed their amended complaint on October 12, 2020. [ECF 20.] By operation of Fed.R.Civ.P. 15(a)(3), Defendants City and Wilson are currently required to respond to the amended complaint by October 26, 2020.

4. The amended complaint added Defendant Michael Coffman as a designated Defendant in this matter. Plaintiffs served Defendant Coffman with a request for waiver of service of process pursuant to Fed.R.Civ.P 4(d) on October 22, 2020. As per the rule, Defendant Coffman's response to the amended complaint is due to be filed on or before December 21, 2020.

5. The undersigned counsel has entered an appearance on behalf of and is representing the interests of all three of the movant Defendants. In order that only one set of responsive pleadings be filed on behalf of these Defendants, motion is hereby made to establish a uniform responsive pleading deadline for all three Defendants coincident with the deadline for Defendant Coffman of December 21, 2020. Under this extension, responsive pleadings to the amended

complaint will be filed for all three defendants by that deadline. This would avoid unnecessary duplication and add to the efficiencies of the litigation for both the parties and the court.

6.	In accord with D.C.COLO.LCivR 6.1(c), contemporaneously with the filing of this motion, a copy of the motion is being served on the clients.

**WHEREFORE**, Defendants City of Aurora, Chief Vanessa Wilson, and Mayor Michael Coffman request that the court enter an order extending the deadline for City and Wilson to respond to Plaintiffs' amended complaint and establishing a uniform responsive pleading for all three such Defendants of December 21, 2020.

Respectfully submitted,

/s/ Thomas S. Rice
***Thomas S. Rice***
SGR, LLC
3900 East Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone:  (303) 320-0509
E-mail:  trice@sgrllc.com

*Attorneys for Defendants,*
*City of Aurora, Colorado,*
*Interim Police Chief Vanessa Wilson, and*
*Mayor Michael Coffman*

4

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 23rd day of October, 2020, I electronically filed a true and exact copy of the above and foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mari Newman
Andy McNulty
Killmer, Lane & Newman, LLP
Email: mnewman@kln-law.com
Email: amcnulty@kln-law.com
*Attorneys for Plaintiffs*

                /s/ Tammy Stephenson
                Legal Secretary
                E-Mail: tstephenson@sgrllc.com