**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 20-cv-02172-RM-NYW**

LINDSAY MINTER, *et al.*,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, *et al.*,

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

    Writer Mott, Deputy County Attorney, Arapahoe County Attorney's Office, hereby enters his appearance in the above-captioned action on behalf of Defendants Robert Weatherspoon, Tyler Teigen, Sean Conley, Christopher (Shane) Purcell, Lewis Litwiler, Greg Bryant, Ben Bullard, Ryan McConnell, and Brandon Holder. The undersigned further certifies pursuant to D.C.COLO.LAttyR 3 that he is a member in good standing of the Bar of this Court.

    Submitted this 2nd day of November 2020.

    **Arapahoe County Attorney's Office**

    By: *s/ Writer Mott*
    Writer Mott
    Deputy County Attorney
    5334 S. Prince Street
    Littleton, CO 80120-1136
    Tele: 303-795-4639
    E-mail: Wmott@arapahoegov.com

    ***Attorney for Defendants Robert Weatherspoon, Tyler Teigen, Sean Conley,***

*Christopher (Shane) Purcell, Lewis Litwiler, Greg Bryant, Ben Bullard, Ryan McConnell, and Brandon Holder*

### Certificate of Service

This is to certify that on the 2nd day of November 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

| | |
|---|---|
| Mari Newman<br>mnewman@kln-law.com | Andy McNulty<br>amcnulty@kln-law.com |
| Helen Oh<br>hoh@kln-law.com | Thomas S. Rice<br>trice@sgrllc.com |
| Eric M. Ziporin<br>eziporin@sgrllc.com | Jonathan N. Eddy<br>jeddy@sgrllc.com |

*s/ Stacy Hines*
Stacy Hines, Paralegal
Arapahoe County Attorney's Office

2