**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 20-cv-02172-RM-NYW**

LINDSAY MINTER, *et al.,*

   Plaintiffs,

v.

CITY OF AURORA, COLORADO, *et al.,*

   Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Rebecca M. Taylor, Assistant County Attorney, Arapahoe County Attorney's Office, hereby enters her appearance in the above-captioned action on behalf of Defendants Robert Weatherspoon, Tyler Teigen, Sean Conley, Christopher (Shane) Purcell, Lewis Litwiler, Greg Bryant, Ben Bullard, Ryan McConnell, and Brandon Holder. The undersigned further certifies pursuant to D.C.COLO.LAttyR 3 that she is a member in good standing of the Bar of this Court.

Submitted this 2nd day of November 2020.

**Arapahoe County Attorney's Office**

By:   *s/ Rebecca M. Taylor*
Rebecca M. Taylor
Assistant County Attorney
5334 S. Prince Street
Littleton, CO 80120-1136
Tele: 303-795-4639
E-mail: Rtaylor@arapahoegov.com

***Attorney for Defendants Robert
Weatherspoon, Tyler Teigen, Sean Conley,***

*Christopher (Shane) Purcell, Lewis Litwiler, Greg Bryant, Ben Bullard, Ryan McConnell, and Brandon Holder*

### Certificate of Service

This is to certify that on the 2nd day of November 2020, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

| | |
|---|---|
| Mari Newman<br>mnewman@kln-law.com | Andy McNulty<br>amcnulty@kln-law.com |
| Helen Oh<br>hoh@kln-law.com | Thomas S. Rice<br>trice@sgrllc.com |
| Eric M. Ziporin<br>eziporin@sgrllc.com | Jonathan N. Eddy<br>jeddy@sgrllc.com |

*s/ Stacy Hines*
Stacy Hines, Paralegal
Arapahoe County Attorney's Office