# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-2172-RM-NYW

LINDSAY MINTER, et al.,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, et al.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Rachel Bender, Assistant County Attorney with the Jefferson County Attorney's Office and a member in good standing of this bar, hereby enters her appearance on behalf of Defendants Greg Gompert, Carly Simmons, and Anthony Rosales.

Dated: November 4, 2020.   JEFFERSON COUNTY ATTORNEY'S OFFICE

By: */s/ Rachel Bender*
Rebecca Klymkowsky, #41673
Rachel Bender, #46228
Assistant County Attorneys
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
Telephone: 303.271.8932
Facsimile: 303.271.8901
rklymkow@jeffco.us
rbender@jeffco.us
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I filed the foregoing NOTICE OF ENTRY OF APPEARANCE via CM/ECF which will serve a true and correct copy via email upon the following:

Helen S. Oh, hoh@kln-law.com
Mari Anne Newman, mnewman@kln-law.com
Andrew Joseph McNulty, amcnulty@kln-law.com
KILLMER LANE & NEWMAN LLP
*Attorneys for Plaintiffs*

Eric Michael Ziporin, eziporin@sgrllc.com
Jonathan N. Eddy, jeddy@sgrllc.com
Thomas S. Rice, trice@sgrllc.com
SGR, LLC
*Attorneys for Defendants Aurora, Wilson, and Coffman,*

Rebecca McClain Taylor, rtaylor@arapahoegov.com
Writer Mott, wmott@arapahoegov.com
ARAPAHOE COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Weatherspoon, Tiegen, Conley, Purcell, Litwiler, Bryant, Bullard, McConnell, and Holder,*

                                        */s/ Briana McCarten*