IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02172-RM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE, and
ALISSIA ACKER,
IRMA JOLENE FISHER, and
TOBIAS HOPP, on behalf of themselves, and others similarly situated,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO
POLICE CHIEF VANESSA WILSON, in her official and individual capacities,
MAYOR MICHAEL COFFMAN, in his individual capacity,
STEPHEN REDFEARN, in his individual capacity,
DELBERT L. TISDALE, JR., in his individual capacity,
MICHAEL McCLELLAND, in his individual capacity,
TERRY BROWN, in his individual capacity,
REGINALD DePASS, in his individual capacity,
NATHANIEL MOSS, in his individual capacity,
STEPHEN T. GARBER, in his individual capacity,
DARREN CHAMBERLAND, in his individual capacity,
MATTHEW BRUKBACHER, in his individual capacity,
WILLIAM HUMMEL, in his individual capacity,
DANIEL SMICK, in his individual capacity,
JASON BUBNA, in his individual capacity,
AUSTIN RUNYON, in his individual capacity,
SAMMIE WICKS, II, in his individual capacity,
JOSHUA WINTERS, in his individual capacity,
KEVIN DEICHSEL, in his individual capacity,
RYAN SWEENEY, in his individual capacity,

JORDAN O'NEAL, in his individual capacity,
CALEB JOSEPH PARRELLA, in his individual capacity,
EDWARD L. VANCE, in his individual capacity,
NICHOLAS WILSON, in his individual capacity,
MICHAEL BENDER, in his individual capacity,
KATHRINE LEWIS, in her individual capacity,
DEJON MARSH, in his individual capacity,
ROBERT ROSEN, in his individual capacity,
RONALD JAUREGUI-GUTIERREZ, in his individual capacity,
HADEN JONSGAARD, in her individual capacity,
MATTHEW GREEN, in his individual capacity,
ETHAN SNOW, in his individual capacity,
BRIAN MCCLURE, in his individual capacity,
SCOTT OSGOOD, in his individual capacity,
RYAN STOLLER, in his individual capacity,
JUAN GONZALEZ, in his individual capacity,
JENNIFER MCCORMACK, in her individual capacity,
NICHOLAS BRUNGARDT, in his individual capacity,
JOSHUA BEBEE, in his individual capacity,
STEVEN BRENNEMAN, in his individual capacity,
NICHOLAS LESANSKY, in his individual capacity,
MATTHEW CAMPBELL, in his individual capacity,
CORY MANKIN, in his individual capacity,
GRETA SALAZAR, in her individual capacity,
JEANNETTE RODRIGUEZ, in her individual capacity,
ROBERT WEATHERSPOON, in his individual capacity,
TYLER TIEGEN, in his individual capacity,
SEAN CONLEY, in his individual capacity,
CHRISTOPHER (SHANE) PURCELL, in his individual capacity,
LEWIS LITWILER, in his individual capacity,
GREG BRYANT, in his individual capacity,
BEN BULLARD, in his individual capacity,
RYAN MCCONNELL, in his individual capacity
BRANDON HOLDER, in his individual capacity,
ANTHONY ROSALES, in his individual capacity,

GREG GOMPERT, in his individual capacity,
CARLY SIMMONS, in her individual capacity,

    Defendants.

---

### ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT JEANETTE RODRIGUEZ

---

    Pursuant to D.C.COLO.LAttyR 5(a), **PETER H. DOHERTY** of the law firm **LASATER & MARTIN, P.C.**, enters his appearance as counsel of record for Defendant Jeanette Rodriguez, in her individual capacity.

                                              **LASATER & MARTIN, P.C.**

                                              By: */s/ Peter H. Doherty*                .
                                              Peter H. Doherty
                                              8822 S. Ridgeline Blvd., Suite 405
                                              Highlands Ranch, CO 80129
                                              Telephone: 303-730-3900
                                              Facsimile: 303-730-3939
                                              E-mail: Peter@LasaterandMartin.com
                                              *Attorney for Defendant Jeanette Rodriguez*

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing ENTRY OF **APPEARANCE ON BEHALF OF DEFENDANT JEANETTE RODRIGUEZ**, was electronically filed with the Clerk of Court using the CM/ECF system, on November 11, 2020 and served on the following:

*For the Plaintiffs*
Helen S. Oh
Andrew Joseph McNulty
Mari Anne Newman
KILLMER LANE & NEWMAN LLP
1543 Champa Street
Suite 400
Denver, CO 80202
(303) 571-1000
hoh@kln-law.com
mnewman@kln-law.com
amcnulty@kln-law.com

*For Defendants City of Aurora, CO. & Vanessa Wilson, in her individual and official capacities*
Eric Michael Ziporin
Jonathan N. Eddy
Thomas S. Rice
SGR, LLC
3900 East Mexico Avenue
Suite 700
Denver, CO 80210
(303) 320-0509
eziporin@sgrllc.com
trice@sgrllc.com
jeddy@sgrllc.com

s/ *Kate Braden*                                      .