UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE,
ALISSIA ACKER,
IRMA JOLENE FISHER, and
TOBIAS HOPP, on behalf of themselves, and others similarly situated,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, *et al.*

      Defendants.

---

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO AMENDED COMPLAINT**

---

The parties, by and through undersigned counsel and pursuant to D.C.COLO.LCivR 6.1, hereby move the court for an order extending the uniform responsive pleading deadline to January 15, 2021. **IN SUPPORT THEREOF**, the parties state as follows:

    1.    Defendants City of Aurora and Vanessa Wilson were designated as Defendants in Plaintiffs' original complaint [ECF No. 1]. In view of Plaintiffs' stated intention to file an amended complaint, Defendants City of Aurora and Wilson moved for and obtained an order from the court [ECF No. 19] relieving them from the obligation to respond to the original complaint.

    2.    Plaintiffs filed their amended complaint [ECF No. 20] on October 12, 2020, which named numerous other Defendants. Thereafter, Defendants City of Aurora, Wilson, and Mayor

Michael Coffman moved the Court for a uniform responsive pleading deadline of December 21, 2020, as to them, and the Court granted same. [ECF No. 30.]

3. Since that time, additional counsel (undersigned) have entered appearances on behalf of the remaining Defendants. So that only one deadline for responsive pleadings apply in this case, the parties respectfully request that the uniform responsive pleading deadline be extended to January 15, 2021.

4. Under this extension, responsive pleadings to the amended complaint will be filed for all Defendants by that deadline. This would add to the efficiencies of the litigation for all parties and the court. No prejudice will result from this extension.

5. Pursuant to D.C.COLO.LCivR 6.1(b), and as described above, there has been one prior extension of the responsive pleading deadline.

6. In accordance with D.C.COLO.LCivR 6.1(c), undersigned counsel have served a copy of the motion on their clients.

**WHEREFORE**, the parties respectfully request that the court enter an order extending the uniform responsive pleading deadline by which all Defendants have to respond to Plaintiffs' amended complaint to January 15, 2021.

| | |
|---|---|
| **SGR, LLC** | **BRUNO, COLIN & LOWE, P.C.** |
| /s/ Eric M. Ziporin<br>Thomas S. Rice<br>Eric M. Ziporin<br>Jonathan N. Eddy<br>3900 E. Mexico Avenue, Suite 700<br>Denver, Colorado 80210<br>(303) 320-0509<br>trice@sgrllc.com<br>eziporin@sgrllc.com<br>jeddy@sgrllc.com<br>*Counsel for City of Aurora Defendants* | /s/ Marc Colin<br>Marc Colin<br>1900 Broadway, Suite 3100<br>Denver, CO 80202<br>(303) 831-1099<br>*Counsel for the Aurora Officer Defendants* |
| **JEFFERSON COUNTY ATTORNEY'S OFFICE** | **ARAPAHOE COUNTY ATTORNEY'S OFFICE** |
| /s/ Rebecca Klymkowsky<br>Rebecca Klymkowsky<br>Rachel Bender<br>Assistant County Attorneys<br>100 Jefferson County Parkway, # 5500<br>Golden, Colorado 80419<br>(303) 271-8900<br>rklymkow@jeffco.us<br>rbender@jeffco.us<br>*Counsel for the Jefferson County Defendants* | /s/ Writer Mott<br>Writer Mott<br>Rebecca Taylor<br>5334 S. Prince Street<br>Littleton, Colorado 80120-1136<br>(303) 795-4609<br>*Counsel for the Arapahoe County Defendants* |
| **LASATER & MARTIN** | **KILLMER, LANE & NEWMAN, LLP** |
| /s/ Peter Doherty<br>Peter Doherty<br>8822 S. Ridgeline Blvd., Ste. 405<br>Highlands Ranch, Colorado 80129<br>(303) 730-3900<br>*Counsel for Jeanette Rodriguez, Defendant* | /s/ Andy McNulty<br>Andy McNulty<br>1543 Champa Street, Suite 400<br>Denver, Colorado 80202<br>(303) 571-1000<br>*Counsel for Plaintiffs* |