UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER,
PASTOR THOMAS MAYES,
KRISTIN MALLORY,
TYLER SPRAGUE,
ALISSIA ACKER,
IRMA JOLENE FISHER, and
TOBIAS HOPP, on behalf of themselves, and others similarly situated,

Plaintiffs,

v.

CITY OF AURORA, COLORADO, *et al.*

　　　　Defendants.

## STIPULATED MOTION TO CONTINUE SCHEDULING CONFERENCE

　　　　The parties, by and through undersigned counsel and pursuant to D.C.COLO.LCivR 6.1, hereby request that the Scheduling Conference set for December 9, 2020 be vacated and reset for a date subsequent to January 15, 2021.

　　　　**IN SUPPORT THEREOF**, the parties state as follows:

　　　　1.　　Due to the filing of the Amended Complaint and pursuant to a prior motion, the Court reset the Scheduling Conference for December 9, 2020. [ECF No. 24.]

　　　　2.　　Plaintiffs have asserted ten (10) claims for relief, against various entities and individuals, delineated in four hundred and four (404) separate allegations.

3. Since the time the Scheduling Conference was reset additional counsel entered appearances on behalf of several of the newly added Defendants. Counsel on behalf of Arapahoe County entered their appearances on November 2, 2020 [ECF Nos. 32 & 33]. Counsel on behalf Jefferson County entered their appearances on November 4, 2020 [ECF Nos. 37 & 38]. Counsel for Jeanette Rodriquez entered his appearance on November 11, 2020 [ECF No. 39]. And, Counsel on behalf of the forty-one (41) individually named officers from Aurora, entered their appearances on November 19, 2020 [ECF Nos. 40, 41, 42, & 43]. Given the timing of these matters, counsel for all parties have not had an opportunity to confer regarding the scheduling order, nor have the parties been able to agree on a date to conduct a Rule 26(f) conference.

4. Counsel for the Defendants are in the process of reviewing relevant documents, conferring – in a preliminary nature – with their clients, and analyzing footage from body worn cameras. Moreover, this matter presents complex case management considerations stemming from the claims asserted and the class action allegations against over fifty individual and entity defendants.

5. In the interest of fairness and judicial economy, the parties request that the current Scheduling Conference set for December 9, 2020 be vacated and reset for a time following January 15, 2021.[1] This will conserve the resources of the Court and the parties by allowing counsel sufficient time to fully evaluate the inherent complexities presented and to meaningfully confer and participate in the preparation of a single Scheduling Order, while reducing the need for later amendment(s).

---

[1] The parties note that January 15, 2021 is the date requested (via ECF No. 44) for the new uniform responsive pleading deadline for all Defendants.

6. Additionally, vacating and resetting the Scheduling Conference will enable the parties to better address and discuss – in a more meaningful fashion – the factual and legal issues attendant to the claims and defenses, as well as providing a more realistic assessment of the needs of the case and timing considerations. Finally, vacating and resetting the Scheduling Conference will enable the parties to engage in a more informed and thorough manner with the Court and counsel.

7. There will be no undue delay to this litigation and no party will be prejudiced by the relief requested herein.

8. Due to the evolving procedural posture of this case, there have been two prior requests to vacate the Scheduling Conference and the Court has granted each such request. [ECF Nos. 16 and 24.]

9. In accordance with D.C.COLO.LCivR 6.1(c), undersigned counsel have served a copy of the motion on their clients.

**WHEREFORE**, the parties respectfully request that the court enter an order vacating the Scheduling Conference and resetting same for a date subsequent to January 15, 2021.

**SGR, LLC**

/s/ Eric M. Ziporin
*Eric M. Ziporin*
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509
trice@sgrllc.com
eziporin@sgrllc.com
jeddy@sgrllc.com
*Counsel for City of Aurora Defendants*

**BRUNO, COLIN & LOWE, P.C.**

/s/ Marc Colin
*Marc Colin*
1900 Broadway, Suite 3100
Denver, CO 80202
(303) 831-1099
*Counsel for the Aurora Officer Defendants*

**JEFFERSON COUNTY ATTORNEY'S OFFICE**

/s/ Rachel Bender
*Rachel Bender*
Assistant County Attorneys
100 Jefferson County Parkway, # 5500
Golden, Colorado 80419
(303) 271-8900
rklymkow@jeffco.us
rbender@jeffco.us
*Counsel for the Jefferson County Defendants*

**ARAPAHOE COUNTY ATTORNEY'S OFFICE**

/s/ Writer Mott
*Writer Mott*
5334 S. Prince Street
Littleton, Colorado 80120-1136
(303) 795-4609
*Counsel for the Arapahoe County Defendants*

**LASATER & MARTIN, P.C.**

/s/ Peter H. Doherty
*Peter H. Doherty*
8822 S. Ridgeline Blvd., Ste. 405
Highlands Ranch, Colorado 80129
(303) 730-3900
peter@lasaterandmartin.com
*Counsel for Jeanette Rodriguez, Defendant*

**KILLMORE, LANE 7 NEWMAN, LLP**

/s/ Andy McNulty
*Andy McNulty*
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
amcnulty@kln-law.com
*Counsel for Plaintiffs*