# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Michael E. Hegarty

DATE: December 7, 2022

RE: *Minter et al. v. City of Aurora et al.*, 20-cv-02172-RMR-MEH

__X__  A settlement conference was held on December 6, 2022, and no settlement has been achieved as to any claims in this case. The Court may reconvene settlement negotiations sometime in January or February 2023 and, for that reason, the stay previously entered in this case remains in place.

_____  A settlement conference was held on this date, and the parties have reached a settlement as to

    _____  All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____, 2022.

    _____  Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____ , 2022.

Settlement discussion and preparation time involved: __**8 hours**__.

_____ A written record was made   __X__ A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____  Supplemental settlement negotiations were held in the above-captioned case, including phone calls, emails, and a meeting with counsel and the parties on this date.

Preparation, negotiation and travel time involved: ___ hours ___ minutes.