IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02172-RM-NYW

LINDSAY MINTER, *et al.*, on behalf of themselves, and others similarly situated,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO

    Defendants.

## NOTICE OF SETTLEMENT

The parties, by and through their respective counsel, hereby notify the Court that a settlement has been reached by the parties, and state as follows:

    1.    The parties have reached a settlement of all claims.

    2.    Plaintiffs, pursuant to Fed.R.Civ.P. 41(a), expect to file full dismissal of all claims against the City of Aurora within seven to ten days.

    **WHEREFORE**, the parties respectfully notify this Court of the settlement reached in this matter.

    DATED this 6th day of February 2023.

                                        KILLMER, LANE & NEWMAN, LLP

                                        */s/ Mari Newman*
                                        Mari Newman
                                        Andy McNulty
                                        1543 Champa St., Ste. 400
                                        Denver, CO 80202
                                        (303) 571-1000

(303) 571-1001 fax
mnewman@kln-law.com
amcnulty@kln-law.com

*Attorneys for Plaintiffs*

/s/ Eric M. Ziporin
**Eric M. Ziporin**
**Jonathan N. Eddy**
SGR, LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
(303) 320-0509
eziporin@sgrllc.com
jeddy@sgrllc.com
*Counsel for Defendant City of Aurora*

## CERTIFICATE OF SERVICE

I certify that on February 6, 2023 I filed the foregoing via CM/ECF, and CM/ECF will generate a Notice of Electronic Filing to the following:

Eric M. Ziporin
Jonathan N. Eddy
SGR, LLC
3900 East Mexico Ave., Suite 700
Denver, CO 80210
eziporin@sgrllc.com
jeddy@sgrllc.com

Peter Doherty
Lasater and Martin, P.C.
8822 S. Ridgeline Blvd., Suite 405
Highlands Ranch, CO 80129
peter@lasaterandmartin.com

Rebecca Klymkowsky
Eric Butler
Senior Assistant County Attorney
Jefferson County Attorney's Office
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
ebutler@jeffco.us

Writer Mott
Rebecca Taylor
Dawn Johnson
Arapahoe County Attorney's Office
5334 South Prince Street
Littleton, CO 80120-1136
wmott@arapahoegov.com
rtaylor@arapahoegov.com
djohnson@arapahoegov.com

Michael T. Lowe
David M. Goddard
Heidi J. Hugdahl
Heather Kuhlman
Bruno Colin & Lowe
1999 Broadway, Suite 4300
Denver, CO 80202
mlowe@brunolawyers.com
dgoddard@brunolawyers.com
hhugdahl@brunolawyers.com
hkuhlman@brunolawyers.com

Jonathan M. Abramson
Yulia Nikolaevskaya
KISSINGER & FELLMAN, P.C.
3773 Cherry Creek North Drive
Ptarmigan Place, Suite 900
Denver, CO 80209
jonathan@kandf.com
julie@kandf.com

*s/ Charlotte Bocquin Scull*
Paralegal