UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 20-cv-02172-RMR-NYW

LINDSAY MINTER, et al., on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

CITY OF AURORA, COLORADO, et al.

    Defendants.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATION FOR DISMISSAL WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorney's fees and costs.

ENTERED this 10th day of February, 2023.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge